CMCF  
Moses Mclaurin  
P.O. Box 88550  
Pearl, MS 39208

CMCF  
APPROVED LEGAL MAIL  
OCT 31 2023



RECEIVED  
NOV -6 2023  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF MISS.

U.S.D.C. Clerk  
501 E Court St Suite 500  
Jackson, MS 39201



US POSTAGE PITNEY BOWES  
ZIP 39208 $002.55  
02 4W  
0000366972 NOV 02 2023

RECEIVED  
NOV -6 2023  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF MISS.

RECEIVED  
NOV -6 2023  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF MISS.